Bill LaTour, Esq.
Law Offices of Bill LaTour
State Bar No. 169758
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| LAWRENCE MCQUEEN, | ) No. EDCV 07-818 RZ |
| | ) |
|   Plaintiff, | ) <u>ORDER OF DISMISSAL WITH</u> |
| | ) <u>PREJUDICE</u> |
|   v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|   Defendant. | ) |
| _____ | ) |

    Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice; each side to bear their own attorney fees, costs, and expenses, including but not limited to attorney fees under the Equal Access to Justice Act.

    Date: January 14, 2008

_____
HON. RALPH ZAREFSKY,
UNITED STATES MAGISTRATE JUDGE